to court exhibit #4. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of January 31, 2012 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to perfect his appeal on or before September 6, 2012. Present—Scudder, P.J., Smith, Centra and Lindley, JJ. (Filed June 8, 2012.)

■ In the Matter of STATE OF NEW YORK, Appellant, v NUSHAWN WILLIAMS, Also Known as SHYTEEK JOHNSON, Respondent. (Appeal No. 1.) [945 NYS2d 588]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ In the Matter of STATE OF NEW YORK, Respondent, v NUSHAWN WILLIAMS, Also Known as SHYTEEK JOHNSON, Appellant. (Appeal No. 2.) [945 NYS2d 588]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ In the Matter of KELI-KORAN LUCHEY, Respondent-Appellant, v BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF THE CITY OF NIAGARA FALLS et al., Appellants- Respondents. [945 NYS2d 588]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni and Martoche, JJ.

■ RICHARD HUNT, Plaintiff, v CIMINELLI-COWPER CO., INC., et al., Defendants. CIMINELLI-COWPER CO., INC., Third-Party Plaintiff-Appellant, v PHOENIX INSURANCE COMPANY et al., Third-Party Defendants-Respondents, et al., Third-Party Defendant. [945 NYS2d 588]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.

■ PATRICIA KARAM, Individually and as Administratrix of the Estate of TONY KARAM, Deceased, Appellant, v ADIRONDACK NEUROSURGICAL SPECIALISTS, P.C., et al., Defendants, and ST. ELIZABETH MEDICAL CENTER et al., Respondents. [945 NYS2d 588]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.

■ In the Matter of THAD L. KEMPISTY et al., Appellants, v TOWN OF GEDDES et al., Respondents. [945 NYS2d 588]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ In the Matter of THAD L. KEMPISTY et al., Appellants, v TOWN OF GEDDES et al., Respondents. [945 NYS2d 587]—Motion